1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11
12
13
14
15
16
17
18

| | | |
|---|---|---|
| HEATHER MARIE BOONE | ) | Case No. CV 13-3677 JCG |
|      Plaintiff, | ) | |
|     v. | ) | **JUDGMENT** |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) | |
|     Defendant. | ) | |

19          IT IS ADJUDGED that the decision of the Commissioner of the Social

20   Security Administration is **AFFIRMED**.

21

22   Dated: February 28, 2014

23

24   _____

25                          Hon. Jay C. Gandhi

26                     United States Magistrate Judge

27

28